IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER L. LAMBERT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 5:14-cv-00291-LSC-TMP |
| ) | |
| ANA FRANKLIN, *Sheriff,* ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation (doc. 6) in the above-styled cause on April 3, 2014, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of petitioner's conviction be dismissed for want of prosecution. No objections were filed, and on April 9, 2014, Petitioner's copy of the report and recommendation was returned as undeliverable. A notation stamped on the envelope indicated that Petitioner no longer is in the facility, and did not leave a forwarding address. (Doc. 7).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation ACCEPTED. Accordingly, the complaint is due to be dismissed for want of prosecution. A Final Judgment will be entered.

The Clerk is DIRECTED to mail a copy of the foregoing to Petitioner.

Done this 21st day of April 2014.

                                                 L. SCOTT COOGLER
                                   UNITED STATES DISTRICT JUDGE
                                                                               [160704]